In the Matter of the Application of JOHN A. PANARONI, Petitioner, Appellant, against ALBERTO C. BONASCHI, as Chairman, and Others, as Members, Constituting the Retirement Board of the Teachers' Retirement System of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of MARJORIE E. CAVANAUGH, Petitioner, Appellant, against LEWIS J. VALENTINE and Others, Constituting the Board of Trustees of the Police Pension Fund of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PETER P. BUSCH, as President of the United Construction Workers Organizing Committee, Local 91, C. I. O., an Unincorporated Association, Respondent, v. A. D. Lewis, as Chairman, and/or President or GARDINER H. WALES, as Comptroller, and/or Treasurer of the United Construction Workers Organizing Committee, an Unincorporated Association, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GERTRUDE SAMSON (Formerly Known as GERTRUDE SHULMAN), as Executrix, etc., of LOUIS SHULMAN, Deceased, Respondent, v. JULIUS NELSON CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THOMAS KURTZ and MURRAY KURTZ, Respondents, v. LOUIS FRIEDMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RAO FOOTWEAR CORP. and DOMINICK RAO, Respondents, v. ALFRED RAO SHOES, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LOIS C. MOORE, as Executrix, etc., of WILLIAM A. MOORE, Respondent, v. OSGOOD R. HUNGERFORD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MINNIE GLUCKMANN, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NORFOLK ESTATES, INC., Appellant, v. LOUIS LEVINE, Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion with respect to the matters appealed from denied, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.